No. 669.  HON. EDWARD E. CUSHMAN, UNITED STATES DISTRICT JUDGE, ETC. *v.* PACIFIC TELEPHONE & TELEGRAPH COMPANY.  On petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit.  January 7, 1924.  Petition dismissed, on motion of counsel for petitioner.  *Mr. Raymond W. Clifford* and *Mr. Thos. J. L. Kennedy* for petitioner.  *Mr. C. M. Bracelen, Mr. Otto*

*B. Rupp, Mr. H. D. Pillsbury, Mr. Frank T. Post* and *Mr. W. V. Tanner* for respondent.